**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERADO HOSPICE, INC.;<br>PROCARE HOSPICE, LLC,<br>　　　　　　Plaintiffs,<br>　　v.<br>ALEX M. AZAR II, Secretary of<br>United States Department of Health and<br>Human Services,<br>　　　　　　Defendant. | Case No.: SA CV 19-1007-DMG (RAOx)<br><br>**JUDGMENT** |

This Court having granted Defendant Alex M. Azar II's Motion for Summary Judgment and denied Plaintiff Silverado Hospice, Inc. and ProCare Hospice, LLC's Motion for Summary Judgment by Order dated October 30, 2020,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiffs.

DATED: October 30, 2020

                                         DOLLY M. GEE
                                 UNITED STATES DISTRICT JUDGE